IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM J. SALERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-886C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME

Defendant respectfully requests leave of the Court to file the attached answer out of time. The answer was due on February 19, 2008.

This is one of 15 cases filed in the past year involving virtually identical complaints filed on behalf of various Drug Enforcement Administration diversion investigators, asserting claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. Due to an oversight, the deadline for the answer in this case was not correctly recorded on Government counsel’s calendar. Government counsel became aware of this oversight one day after the deadline, on February 20, 2008.

The granting of leave to file the attached answer out of time will not cause any prejudice. The allegations contained in the complaint are substantially the same as those contained in numerous earlier complaints filed by counsel for plaintiffs in this case. And, the Government's response to the complaint in this case is substantially the same as its response to the earlier complaints.

For the foregoing reasons, we respectfully request that our motion for leave to file our answer out of time be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

**s/Jeanne E. Davidson**
JEANNE E. DAVIDSON
Director

**Filed Electronically**

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

February 20, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 20th day of February 2008, a copy of the foregoing MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Shalom Brilliant