# In the United States Court of Federal Claims

No. 07-886 C

(E-Filed: February 21, 2008)

| | |
|---|---|
| WILLIAM J. SALERA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is defendant's Motion for Leave to File Answer Out of Time (motion). Defendant's motion is GRANTED. Because defendant attached its Answer to the motion, no further action is required by defendant to comply with this Order.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge