# In the United States Court of Federal Claims

No. 07-886 C

(E-Filed: September 8, 2008)

| | |
|---|---|
| WILLIAM J. SALERA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

This case was filed on December 19, 2007 and defendant's answer was filed, by leave of court, on February 21, 2008. Pursuant to Appendix A, Rule 4 of the RCFC, the parties shall file a Joint Preliminary Status Report (JPSR) no later than 49 days after defendant's answer. Thus, a JPSR was due on or before Thursday, April 10, 2008. The parties are hereby ORDERED TO FILE A JPSR with the court on or before Thursday, September 18, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge